# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>         V.<br><br>VARIOUS DIGITAL CURRENCY HELD IN A DIGITAL WALLET ENDING '4EMK,<br><br>      DEFENDANT.<br><br>SILVER ARCH DEVELOPMENT CORP.,<br><br>      CLAIMANT. | No. CV 21-7457-DMG(AGRx)<br><br>**JUDGMENT [55]** |

    Plaintiff, the United States of America (the "government"), and Silver Arch Development Corp., by and through its counsel of record, have stipulated and requested that the Court enter this judgment for forfeiture to carry into effect the terms of the stipulation as to the defendant in this action, namely Various Digital Currency Held in a Digital Wallet Ending '4EMK (the "Defendant Currency"), which is dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimant, no other claims have been filed, and the time for filing claims has expired.

2. This Court has jurisdiction over the parties and the Defendant Currency.

3. The government has agreed to the return of the Defendant Currency to Claimant. Any potential claimants to the Defendant Currency other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this judgment is intended or should be interpreted as an admission of wrongdoing by Claimant.

4. The government shall return, or direct the return of, the Defendant Currency, without interest, to Claimant through counsel.

5. Upon request from the government, Claimant, through counsel, shall provide any necessary account information to the government in order to complete the transfer of the Defendant Currency.

6. This Court shall retain jurisdiction in order to enforce the parties' Stipulation and this Order.

//
//
//

7. Each of the parties shall bear its own fees and costs incurred in connection with the Defendant Currency.

IT IS SO ORDERED.

DATED: March 29, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

3